```
                             United States Bankruptcy Court
                              Western District of Washington

In re:                                                              Case No. 18-13998-CMA
Yudid Hernandez                                                     Chapter 13
         Debtor                     CERTIFICATE OF NOTICE

District/off: 0981-2        User: jimk              Page 1 of 2              Date Rcvd: Oct 18, 2018
                            Form ID: 309I           Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 20, 2018.
db         +Yudid Hernandez,    4029 South 277th Pl,    Auburn, WA 98001-1330
tr         +Jason Wilson-Aguilar,    600 University St #1300,    Seattle, WA 98101-4102
956489818  +Amaya's Service LLC,    601 SW 152nd St. B,    Seattle, WA 98166-2212
956489819  +Clara Zamalloa,    5901 29th St. NE,    Tacoma, WA 98422-3272
956489820  +Credence Resource Management LLC,    PO Box 1253,    Southgate, MI 48195-0253
956489821   Federal National Mortgage Association,    3900 Wisconsin Ave Nw,    Washington, DC 20016-2806
956489824  +Lakehaven Water & Sewer District,    31627 First Ave S,    Federal Way, WA 98003-5201
956489825  +Lease Plan USA, Inc.,    1165 Sanctuary Pkwy,    Alpharetta, GA 30009-4797
956489826   Luis Castilla,    1500 S 336th St Ste 2,    Federal Way, WA 98003-6327
956489827  +Manuel Hernandez,    30 NE Pegleg Ct,    Belfair, WA 98528-9251
956489828  +Maria G Aguilar,    11050 16th Ave SW,    Seattle, WA 98146-2054
956489829  +Maria Sandoval,    16519 117th Ave SE,    Renton, WA 98058-5303
956489830  +Maribel Hernandez,    12306 28th Ave S J2,    Seattle, WA 98168-2464
956489831   Maribel Lopez,    7410 158th St. Ct F,    Puyallup, WA 98375
956489832  +Marisel Rodriguez,    627 145th Pl SW,    Lynnwood, WA 98087-6424
956489834   National Service Bureau, Inc.,    118912 North Creek PKWY 205,    Bothell, WA 98011
956489838   PUGET SOUND ENERGY,    P.O. BOX 91269,    BELLEVUE, WA 98009-9269
956489837  +Professional Account Management, LLC,    PO Box 2182,    Milwaukee, WI 53201-2182
956489839  +Ramon Ortiz,    2018 156th Ave NE 300,    Bellevue, WA 98007-3825
956489840   Ruben Salazar,    2925 N Mobile Ave,    Chicago, IL 60634-5014
956489841   Seterius, Inc.,    c/o Clear Recon Corp,    9311 Se 36th St Ste 100,
             Mercer Island, WA 98040-3700
956489842  +Seterus,    PO Box 1077,    Hartford, CT 06143-1077
956489843  +US Asset Management Inc.,    PO Box 981002,    Boston, MA 02298-1002

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty         E-mail/Text: mainline@hdm-legal.com Oct 19 2018 01:07:00     Christina L Henry,
             Henry & DeGraaff, PS,    150 Nickerson St,    Ste 311,    Seattle, WA 98109
smg         EDI: WADEPREV.COM Oct 19 2018 05:08:00      State of Washington,    Department of Revenue,
             2101 4th Ave, Ste 1400,    Seattle, WA 98121-2300
ust        +E-mail/Text: USTPREGION18.SE.ECF@USDOJ.GOV Oct 19 2018 01:07:09     United States Trustee,
             700 Stewart St Ste 5103,    Seattle, WA 98101-4438
956489822  +EDI: IIC9.COM Oct 19 2018 05:08:00      IC System,    PO Box 64437,    Saint Paul, MN 55164-0437
956489823   EDI: IRS.COM Oct 19 2018 05:04:00      Internal Revenue Service,    Po Box 7346,
             Philadelphia, PA 19101-7346
956489833  +E-mail/Text: bankos@merchantscredit.com Oct 19 2018 01:07:15     Merchants Credit Association,
             PO Box 7416,    Bellevue, WA 98008-1416
956489836   EDI: PRA.COM Oct 19 2018 05:03:00      Portfolio Recovery Associates, LLC,    140 Corporate Blvd,
             Norfolk, VA 23502
                                                                                             TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
956489835*   ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court:  Portfolio Recovery Associates, LLC,    PO Box 12903,
               Norfolk, VA 23514)
                                                                                             TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2018                                    Signature:   /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 18, 2018 at the address(es) listed below:

          Christina L Henry    on behalf of Debtor Yudid  Hernandez mainline@hdm-legal.com, HenryDeGraaffPS@jubileebk.net
          Jason  Wilson-Aguilar    courtmail@seattlech13.com
          United States Trustee    USTPRegion18.SE.ECF@usdoj.gov

                                                                                                                   TOTAL: 3

| **Information to identify the case:** | | | |
|---|---|---|---|
| Debtor 1 | **Yudid Hernandez** | Social Security number or ITIN | xxx–xx–9141 |
| | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Western District of Washington | Date case filed for chapter 13 | 10/17/18 |
| Case number: | 18–13998–CMA | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

12/2017

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Yudid Hernandez | |
| 2. | **All other names used in the last 8 years** | aka Yudid Rivera, dba Yudid Hernandez | |
| 3. | **Address** | 4029 South 277th Pl<br>Auburn, WA 98001 | |
| 4. | **Debtor's attorney**<br>Name and address | Christina L Henry<br>Henry & DeGraaff, PS<br>150 Nickerson St<br>Ste 311<br>Seattle, WA 98109 | Contact phone 206–330–0595<br>Email: mainline@hdm–legal.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Jason Wilson–Aguilar<br>600 University St #1300<br>Seattle, WA 98101 | Contact phone 206–624–5124<br>Email: courtmail@seattlech13.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | 700 Stewart St, Room 6301<br>Seattle, WA 98101 | Hours open 8:30 am – 4:30 pm Monday – Friday<br>Contact phone 206–370–5200<br>Date: 10/18/18 |

**For more information, see page 2**

| Debtor **Yudid Hernandez** | | Case number **18–13998–CMA** |

| | | | |
|---|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **December 3, 2018 at 08:30 AM**<br>**The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.** | | **Location:**<br>US Courthouse, Room 4107, 700 Stewart St, Seattle, WA 98101 |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | | **Filing deadline: 2/1/19** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | | **Filing deadline: 12/26/18** |
| | **Deadline for governmental units to file a proof of claim:** | | **Filing deadline: 4/15/19** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial.<br>If your claim is secured by a security interest in the debtor's principal residence, see Fed. R. Bankr. P. 3002(c)(7) for claim filing deadlines. | | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** | 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has not filed a plan. The hearing on confirmation will be held on: **1/10/19** at **09:30 AM** , Location: **U.S. Courthouse, Room 7206, 700 Stewart Street, Seattle, WA 98101.** | | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | | |

Notice of Potential Dismissal

If the debtor fails to file required schedules, statements or lists within 15 days from the date the petition is filed, or object to dismissal of the case indicating why dismissal is not appropriate, the case may be dismissed without further notice. If the Debtor(s) fails to appear at the meeting of creditors, the U.S. Trustee may apply for an order of dismissal without further notice.

Anyone can register for the Electronic Bankruptcy Noticing program at ebn.uscourts.gov OR (2) Debtors can register for DeBN by filing local form DeBN Request Form with the Clerk of Court. Both options are FREE and allow the clerk to quickly send you court–issued notices and orders by email.