United States Bankruptcy Court
Western District of Washington

In re:  
Yudid Hernandez  
        Debtor

Case No. 18-13998-CMA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0981-2     User: jimk     Page 1 of 1     Date Rcvd: Oct 18, 2018  
                  Form ID: ntcdefi     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 20, 2018.  
db          +Yudid Hernandez,    4029 South 277th Pl,    Auburn, WA 98001-1330

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                   TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2018                                Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 18, 2018 at the address(es) listed below:  
         Christina L Henry    on behalf of Debtor Yudid  Hernandez mainline@hdm-legal.com,  
          HenryDeGraaffPS@jubileebk.net  
         Jason  Wilson-Aguilar     courtmail@seattlech13.com  
         United States Trustee     USTPRegion18.SE.ECF@usdoj.gov  
                                                                                                 TOTAL: 3

Form ntcdefi (12/2017)

# UNITED STATES BANKRUPTCY COURT

Western District of Washington
700 Stewart St, Room 6301
Seattle, WA 98101

In Re:  Yudid Hernandez  Case No.: 18−13998−CMA
Debtor(s).  Chapter: 13

## NOTICE OF DEFICIENT FILING

## FOR INDIVIDUAL DEBTORS

**NOTICE IS HEREBY GIVEN TO THE DEBTOR** that the above referenced case, filed on **October 17, 2018**, contains one or more filing deficiencies which must be corrected. **Failure to file the missing document(s) with the court on or before the deadline(s) stated below may result in the dismissal of this case without further notice.**

Additional information, rules and forms may be obtained from the court's website at www.wawb.uscourts.gov.

**DEADLINE TO CORRECT THE FOLLOWING DEFICIENCIES:**

**DEADLINE TO CORRECT THE FOLLOWING DEFICIENCIES:**     **November 2, 2018**

Summary of Your Assets and Liabilities and Certain Statistical Information – Individual
Schedules A/B thru J
Statement of Financial Affairs
Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period
Chapter 13 Plan

**CREDIT COUNSELING REQUIREMENT:**

This requirement has been satisfied

DATED: **October 18, 2018**

                                        Mark L. Hatcher
                                        Clerk of the Bankruptcy Court

*Personal checks tendered for payment of filing fees will not be accepted from Debtor(s). The court also does not accept credit or debit cards from Debtor(s). Please submit your payment in the form of a cashier's check or money order made payable to the U.S. Bankruptcy Court.*