Judge: Christopher M. Alston
Chapter: 13
Hearing Date: July 11, 2019
Hearing Time: 9:30 am
Hearing Location: Judge Alston's Courtroom
700 Stewart St #7206
Seattle,WA 98101-8101

Response Date: July 04, 2019

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| In Re: | IN CHAPTER 13 PROCEEDING |
|---|---|
| YUDID HERNANDEZ, 4029 South 277th Pl Auburn, WA 98001 Debtor. | NO. 18-13998 NOTICE OF TRUSTEE'S MOTION TO DISMISS CASE AND HEARING |

PLEASE TAKE NOTICE that the Trustee's Motion to Dismiss Case IS SET FOR HEARING as follow:

Judge: Christopher M. Alston
Location: Judge Alston's Courtroom
700 Stewart St #7206
Seattle,WA 98101-8101

Date: July 11, 2019
Time: 9:30 am

IF YOU OPPOSE this motion, you must file your written response with the Court Clerk NOT LATER THAN THE RESPONSE DATE, which is July 04, 2019.

IF NO RESPONSE IS TIMELY FILED, the Court may, in its discretion, GRANT THE MOTION PRIOR TO THE HEARING WITHOUT FURTHER NOTICE, and strike the hearing.

Dated: June 07, 2019

*/s/Jason Wilson-Aguilar*
Jason Wilson-Aguilar
Chapter 13 Trustee
WSBA #33582

Chapter 13 Bankruptcy Trustee
600 University St. #1300
Seattle,WA 98101
(206) 624-5124 Fax: (206) 624-5282
www.seattlech13.com

CM094 NOTICE OF TRUSTEE'S MOTION TO DISMISS CASE AND HEARING

Judge: Christopher M. Alston
Chapter: 13
Hearing Date: July 11, 2019
Hearing Time: 9:30 am
Hearing Location: Judge Alston's Courtroom
700 Stewart St #7206
Seattle, WA 98101-8101

Response Date: July 04, 2019

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

| In Re: | IN CHAPTER 13 PROCEEDING NO. 18-13998 |
|---|---|
| YUDID HERNANDEZ, | TRUSTEE'S MOTION TO DISMISS CASE |
| Debtor. | |

The Trustee moves to dismiss this case pursuant to 11 U.S.C. § 1307(c):

The confirmed Plan requires annualized payments of $1,980.00 per month. The plan is now delinquent a total of $4,420.00 calculated through 6/7/2019.

THE TRUSTEE REQUESTS that the Court dismiss this case.

Dated: June 07, 2019

/s/ Jason Wilson-Aguilar
Jason Wilson-Aguilar
Chapter 13 Trustee
WSBA #33582

Chapter 13 Bankruptcy Trustee
600 University St. #1300
Seattle, WA 98101
(206) 624-5124 Fax:(206) 624-5282
www.seattlech13.com

Dated:

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| In Re: | IN CHAPTER 13 PROCEEDING NO. 18-13998 |
|---|---|
| YUDID HERNANDEZ, | Proposed ORDER DISMISSING CASE |
| Debtor. | |

THIS MATTER having come before the Court on the Chapter 13 Trustee's Motion to Dismiss Case, and the Court having reviewed and considered the motion, records and files in this case, it is

ORDERED that this case is dismissed.

/ / /End of Order/ / /

Presented by:

*/s/Jason Wilson-Aguilar*
Jason Wilson-Aguilar, WSBA #33582
Chapter 13 Bankruptcy Trustee
600 University St. #1300
Seattle, WA 98101
(206) 624-5124

CM095 ORDER DISMISSING CASE