Below is the Order of the Court.

**Christopher M. Alston**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re:

YUDID HERNANDEZ,

                Debtor(s).

IN CHAPTER 13 PROCEEDING
NO. 18-13998-CMA

AGREED ORDER RESOLVING
TRUSTEE'S MOTION TO DISMISS
CASE

THIS MATTER came before the Court on the Chapter 13 Trustee's Motion to Dismiss Case (ECF No. 39). Based on the agreement of the parties, it is

ORDERED that:

1) The debtor is required to make the plan payment each month for the three-month period beginning July 2019;

2) If the debtor fails to make any plan payment during the three-month period, the Trustee may submit an *ex parte* order dismissing this case;

3) This order does not excuse any plan payment delinquency; and

4) This order does not affect the rights of creditors or parties in interest under the terms of the debtor's plan.

/ / /End of Order/ / /

AGREED ORDER RESOLVING
TRUSTEE'S MOTION TO DISMISS
CASE - 1

Chapter 13 Trustee
600 University St. #1300
Seattle, WA 98101-4100
(206) 624-5124 FAX 624-5282

**Below is the Order of the Court.**

Presented by:

*/s/ Jason Wilson-Aguilar*
JASON WILSON-AGUILAR, WSBA #33582
Chapter 13 Trustee
600 University St. #1300
Seattle, WA 98101-4100
(206) 624-5124


Approved:

*/s/ Christina L. Henry* [approved via email]
Christina L. Henry, WSBA #31273
Attorney for Debtor(s)

AGREED ORDER RESOLVING
TRUSTEE'S MOTION TO DISMISS
CASE - 2

Chapter 13 Trustee
600 University St. #1300
Seattle, WA 98101-4100
(206) 624-5124 FAX 624-5282