Lesley D. Bohleber (SBN 49150)
LLueke@aldridgepite.com
**ALDRIDGE PITE, LLP**
The Ogden Building
9311 SE 36th St, Ste 100
Mercer Island, WA 98040
Telephone: (425) 644-6471

<u>Mailing Address</u>:
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385


Attorneys for Movant
Wilmington Savings Fund Society, FSB, d/b/a
Christiana Trust, not individually but as trustee
for Pretium Mortgage Acquisition Trust

Honorable Christopher M Alston
Chapter: 13
Hearing Location: Seattle
Hearing Date: 9/26/2019
Hearing Time: 9:30 AM
Response Date: 9/19/2019

## UNITED STATES BANKRUPTCY COURT

## WESTERN DISTRICT OF WASHINGTON (SEATTLE)

In re

YUDID HERNANDEZ AKA YUDID RIVERA DBA YUDID HERNANDEZ,

Debtor.

Case No. 18-13998-CMA

Chapter 13

**DECLARATION IN SUPPORT OF MOTION FOR RELIEF FROM AUTOMATIC STAY AND CO-DEBTOR STAY**

I, _____Keshia Stieber_____, declare:

1. I am over 18 years of age and am employed as a \_\_\_Team Lead - Bankruptcy\_\_\_ of Selene Finance LP ("Selene"). In such capacity, I am authorized to make this declaration regarding the loan described below (the "Loan"). If called to testify in this matter, I would testify under oath as to the following:

2. I have access to and am familiar with Selene's books and records regarding the Loan, including Selene's servicing records and copies of the applicable Loan documents. I am familiar with the manner in which Selene maintains its books and records, including computer records relating to the servicing of the Loan. Selene's records are made at or near the time of the occurrence

DECLARATION IN SUPPORT OF MOTION FOR RELIEF
FROM AUTOMATIC STAY AND CO-DEBTOR STAY
Page 1

ALDRIDGE PITE, LLP
4375 Jutland Drive; P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (425) 644-6471

Case 18-13998-CMA    Doc 45    Filed 08/21/19    Ent. 08/21/19 12:59:50    Pg. 1 of 3

of the matters set forth in such records, by an employee or representative with knowledge of the acts or events recorded. Such records are obtained, kept and maintained by Selene in the regular course of Selene's business. Selene relies on such records in the ordinary course of its business.

3. Selene has the contractual right and responsibility to service the Loan on Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust's behalf.

4. As the loan servicer, Selene acts as an agent for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust and is generally responsible for the administration of the Loan until the loan is paid in full, assigned to another creditor, or the servicing rights are transferred. Administering the Loan includes, among other things, sending monthly payment statements, collecting monthly payments, maintaining records of payments and balances, collecting and paying taxes and insurance (and managing escrow and impound funds), remitting monies to Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, following up on loan delinquencies, home loan workouts and home retention programs, and other general customer service functions. Further, in the event of a default under the terms of the Loan, Selene is authorized by Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust and under applicable law to enforce the terms of the Loan.

5. According to Selene's books and records, the Loan is evidenced by a promissory note executed by Yudid Hernandez Rivera ("Debtor") and Jose Rivera Garcia (collectively, the "Borrowers") and dated June 27, 2007, in the original principal amount of $257,600.00 (the "Note"). See Exhibit A.

6. Selene's records reflect that Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust holds possession of the original Note. The Note is indorsed and payable in blank. See Exhibit A.

7. The Note is secured by a deed of trust (the "Deed of Trust") relating to the real property commonly known as 4029 277th Pl, Auburn, Washington 98001 (the "Property"). The Deed of Trust reflects that it was duly recorded. See Exhibit B.

DECLARATION IN SUPPORT OF MOTION FOR RELIEF
FROM AUTOMATIC STAY AND CO-DEBTOR STAY
Page 2

ALDRIDGE PITE, LLP
4375 Jutland Drive; P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (425) 644-6471

Case 18-13998-CMA    Doc 45    Filed 08/21/19    Ent. 08/21/19 12:59:50    Pg. 2 of 3

8. Copies of the Note and Deed of Trust which are attached hereto as <u>Exhibits A and B</u> are true and correct copies of said documents contained in Selene's business records.

9. On or about July 10, 2017, Debtor and Movant entered into a loan modification agreement. A copy of the Loan Modification Agreement is attached hereto as <u>Exhibit C</u> and incorporated herein by reference.

10. A default exists under the Loan for failure to make payments due and owing under the Note and Deed of Trust.

11. As of August 5, 2019, the post-petition payments due under the Loan are as follows:

| Payments | | | |
|---|---|---|---|
| **Number of Payments** | **Payment Amount** | **Payment Dates** | **Total** |
| 4 | $1,412.50 | 3/1/2019 to 6/1/2019 | $5,650.00 |
| 2 | $1,398.71 | 7/1/2019 to 8/1/2019 | $2,797.42 |
| | | *Less Suspense*: | $(13.84) |
| | | **Total Post-Petition Payments as of August 5, 2019:** | **$8,433.58** |

12. An additional payment will come due on September 1, 2019, and on the 1st day of each month thereafter until the Loan is paid in full.

13. As of August 5, 2019, the total amount owed under the Note is approximately $300,141.94.

14. Selene has retained counsel to represent it in this matter, and is thereby incurring attorneys' fees and expenses.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this _19th_ day of _August_, 2019, at _Jacksonville, Florida_.

_____
*Signature of Declarant*
Keshia Stieber
_____
*Print Name of Declarant*

**DECLARATION IN SUPPORT OF MOTION FOR RELIEF FROM AUTOMATIC STAY AND CO-DEBTOR STAY**
Page 3

ALDRIDGE PITE, LLP
4375 Jutland Drive; P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (425) 644-6471

Case 18-13998-CMA    Doc 45    Filed 08/21/19    Ent. 08/21/19 12:59:50    Pg. 3 of 3