Judge: Christopher M. Alston
Chapter: 13
Hearing Date: January 07, 2021
Hearing Time: 9:30 a.m.
Hearing Location:
    Judge Alston's Courtroom
    700 Stewart St #7206
    Seattle, WA 98101

Response Date: December 31, 2020

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re:<br><br>YUDID HERNANDEZ,<br><br><br>        Debtor(s). | IN CHAPTER 13 PROCEEDING<br>NO. 18-13998-CMA<br><br>OBJECTION TO PROOF OF CLAIM<br>NO. 7 OF LUIS CASTILLA |

     Jason Wilson-Aguilar, Chapter 13 Trustee, objects to the Proof of Claim (ECF Claim No. 7) of Luis Castilla (Claimant):

     The Claimant's deadline to file a proof of claim was December 26, 2018 (ECF No. 6); Fed. R. Bankr. P. 3002(c). The Claimant filed their claim on October 15, 2020. Because the Claimant filed the claim late, the claim should be disallowed. 11 U.S.C. § 502(b)(9); *Zidell v. Forsch (In re Costal Alaska Lines, Inc.),* 920 F.2d 1428, 1432-33 (9th Cir. 1990); *United States v. Osborne (In re Osborne),* 76 F.3d 306, 308 (9th Cir. 1996).

     WHEREFORE, the Chapter 13 Trustee requests that the Court disallow the proof of claim (ECF Claim No. 7) of Luis Castilla .

     Dated this 24th day of November, 2020

                                            */s/Kingston D. Bowen*, WSBA #46688 for
                                            JASON WILSON-AGUILAR
                                            Chapter 13 Trustee