|  | Judge: | Christopher M. Alston |
|---|---|---|
|  | Chapter: | 13 |
|  | Hearing Date: | August 26, 2021 |
|  | Hearing Time: | 9:30 am |
|  | Hearing Location: | Telephonic |
|  | Response Date: | August 19, 2021 |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In Re:

YUDID HERNANDEZ,

                  Debtor.

IN CHAPTER 13 PROCEEDING
NO. 18-13998-CMA

NOTICE OF TRUSTEE'S MOTION TO DISMISS CASE AND HEARING

    PLEASE TAKE NOTICE that the Chapter 13 Trustee's Motion to Dismiss Case IS SET FOR HEARING as follows:

    Judge:   Christopher M. Alston
    Place:   **Conference Call Information**
               **Dial: 1-888-363-4749**
               **Enter Access Code: 8955076#**
               **Press the # sign**
               **Enter Security Code when prompted: 3564#**
               **Speak your name when prompted**
    Date:   August 26, 2021
    Time:   9:30 am

    IF YOU OPPOSE this motion, you must file your written response with the Court Clerk NOT LATER THAN THE RESPONSE DATE, which is August 19, 2021.

    IF NO RESPONSE IS TIMELY FILED, the Court may, in its discretion, GRANT THE MOTION PRIOR TO THE HEARING WITHOUT FURTHER NOTICE, and strike the hearing.

Dated: July 27, 2021

                                                /s/ *Jason Wilson-Aguilar*
                                                Jason Wilson-Aguilar, WSBA #33582
                                                Chapter 13 Trustee

NOTICE OF TRUSTEE'S MOTION TO
DISMISS CASE AND HEARING

Jason Wilson-Aguilar
Chapter 13 Bankruptcy Trustee
600 University St. #1300
Seattle, WA 98101
(206) 624-5124

Case 18-13998-CMA    Doc 65    Filed 07/27/21    Ent. 07/27/21 15:50:57    Pg. 1 of 4

|  | Judge: | Christopher M. Alston |
|---|---|---|
|  | Chapter: | 13 |
|  | Hearing Date: | August 26, 2021 |
|  | Hearing Time: | 9:30 am |
|  | Hearing Location: | Telephonic |
|  | Response Date: | August 19, 2021 |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In Re:

YUDID HERNANDEZ,

Debtor.

IN CHAPTER 13 PROCEEDING
NO. 18-13998-CMA

TRUSTEE'S MOTION TO DISMISS CASE

Jason Wilson-Aguilar, Chapter 13 Trustee, moves to dismiss this case pursuant to 11 U.S.C. § 1307(c):

The debtor's plan payment is currently $1,980.00 monthly. The debtor is presently delinquent $7,408.00.

THE TRUSTEE REQUESTS that the Court dismiss this case.

Dated: July 27, 2021

*/s/ Jason Wilson-Aguilar*
Jason Wilson-Aguilar, WSBA #33582
Chapter 13 Trustee

TRUSTEE'S MOTION TO DISMISS CASE

Jason Wilson-Aguilar
Chapter 13 Bankruptcy Trustee
600 University St. #1300
Seattle, WA 98101
(206) 624-5124

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In Re:<br><br>YUDID HERNANDEZ,<br><br>Debtor. | IN CHAPTER 13 PROCEEDING<br>NO. 18-13998-CMA<br><br>*Proposed*<br>ORDER DISMISSING CASE |

THIS MATTER came before the Court on the Chapter 13 Trustee's Motion to Dismiss Case. Based on the record and for cause shown, its is

ORDERED that this case is dismissed.

/ / /End of Order/ / /

Presented By:
*/s/ Jason Wilson-Aguilar*
Jason Wilson-Aguilar, WSBA #33582
Chapter 13 Trustee

ORDER DISMISSING CASE

Jason Wilson-Aguilar
Chapter 13 Bankruptcy Trustee
600 University St. #1300
Seattle, WA 98101
(206) 624-5124

|   |   |
|---|---|
| Judge: | Christopher M. Alston |
| Chapter: | 13 |
| Hearing Date: | August 26, 2021 |
| Hearing Time: | 9:30 am |
| Hearing Location: | Telephonic |
| Response Date: | August 19, 2021 |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In Re:

YUDID HERNANDEZ,

                       Debtor.

IN CHAPTER 13 PROCEEDING
NO. 18-13998-CMA

DECLARATION OF MICHELLE BERRY IN SUPPORT OF TRUSTEE'S MOTION TO DISMISS CASE

Michelle Berry declares under penalty of perjury under the laws of the State of Washington that this information is true and correct to the best of my knowledge:

1) I am employed by Jason Wilson-Aguilar, Chapter 13 Trustee (Trustee), and I have personal knowledge concerning the information in this declaration and I am competent to testify to this information.

2) Through my employment I have access to the Trustee's system and records, including the debtor's plan payment records.

3) The debtor's plan payment is currently $1,980.00 monthly. The debtor is presently delinquent $7,408.00.

Dated: July 27, 2021

                                                      /s/ *Michelle Berry*
                                                      Michelle Berry, Case Manager for
                                                      Jason Wilson-Aguilar
                                                      Chapter 13 Trustee

DECLARATION IN SUPPORT OF
TRUSTEE'S MOTION TO DISMISS CASE

Jason Wilson-Aguilar
Chapter 13 Bankruptcy Trustee
600 University St. #1300
Seattle, WA 98101
(206) 624-5124