# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE:<br><br>YUDID HERNANDEZ | CASE NO: 18-13998-CMA<br><br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 13<br>Judge: The Honorable Christoper M. Alston<br>Hearing Location: Courtroom 7206<br>Hearing Date: December 8, 2022<br>Hearing Time: 9:30 am<br>Response Date: December 1, 2022 |

On 11/17/2022, I did cause a copy of the following documents, described below,

Notice of Hearing, Motion to Dismiss, Proposed Order

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/17/2022

/s/ Jacob DeGraaff
Jacob DeGraaff  36713

Henry & DeGraaff, P.S.
301 Prospect St.
Bellingham, WA  98225
206 330 0595
jacobd@hdm-legal.com

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE:<br><br>YUDID HERNANDEZ | CASE NO: 18-13998-CMA<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 13<br>Judge: The Honorable Christoper M. Alston<br>Hearing Location: Courtroom 7206<br>Hearing Date: December 8, 2022<br>Hearing Time: 9:30 am<br>Response Date: December 1, 2022 |

On 11/17/2022, a copy of the following documents, described below,

Notice of Hearing, Motion to Dismiss, Proposed Order

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/17/2022

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Jacob DeGraaff
Henry & DeGraaff, P.S.
301 Prospect St.
Bellingham, WA  98225

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL (D)=DUPLICATE ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| CASE INFO | ~~EXCLUDE~~ | ~~EXCLUDE~~ |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 18-13998-CMA<br>WESTERN DISTRICT OF WASHINGTON<br>THU NOV 17 11-48-26 PST 2022 | ~~(U)COURTESY NEF~~ | ~~(U)LAKEHAVEN WATER SEWER DISTRICT~~ |

| ~~EXCLUDE~~ | ~~EXCLUDE~~ | |
|---|---|---|
| ~~(U)WILMINGTON SAVINGS FUND SOCIETY FSB~~ | ~~US BANKRUPTCY COURT~~<br>~~700 STEWART ST ROOM 6301~~<br>~~SEATTLE WA 98101-4441~~ | AMAYAS SERVICE LLC<br>601 SW 152ND ST B<br>SEATTLE WA 98166-2212 |

CLARA ZAMALLOA
5901 29TH ST NE
TACOMA WA 98422-3272

CREDENCE RESOURCE MANAGEMENT LLC
PO BOX 1253
SOUTHGATE MI 48195-0253

(P)FEDERAL NATIONAL MORTGAGE
ASSOCIATION FANNIE MAE
GRANITE PARK VII
5600 GRANITE PKWY
PLANO TX 75024-4177

FEDERAL NATIONAL MORTGAGE ASSOCIATION
SETERUS INC
PO BOX 1047
HARTFORD CT 06143-1047

(P)I C SYSTEM INC
LEGAL DEPARTMENT
PO BOX 64444
SAINT PAUL MN 55164-0444

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA PA 19101-7346

LAKEHAVEN WATER SEWER DISTRICT
31627 FIRST AVE S
FEDERAL WAY WA 98003-5201

LAKEHAVEN WATER SEWER DISTRICT
CO SCHWEET LINDE COULSON PLLC
575 SOUTH MICHIGAN STREET
SEATTLE WA 98108-3316

LEASE PLAN USA INC
1165 SANCTUARY PKWY
ALPHARETTA GA 30009-4797

LUIS CASTILLA
1500 S 336TH ST STE 2
FEDERAL WAY WA 98003-6327

MANUEL HERNANDEZ
30 NE PEGLEG CT
BELFAIR WA 98528-9251

MARIA G AGUILAR
11050 16TH AVE SW
SEATTLE WA 98146-2054

MARIA SANDOVAL
16519 117TH AVE SE
RENTON WA 98058-5303

MARIBEL ESQUIVELTORRES
12306 28TH AVE S APT J2
BURIEN WA 98168-2464

MARIBEL HERNANDEZ
12306 28TH AVE S J2
SEATTLE WA 98168-2464

MARIBEL LOPEZ
7410 158TH ST CT F
PUYALLUP WA 98375

MARISEL RODRIGUEZ
627 145TH PL SW
LYNNWOOD WA 98087-6424

MERCHANTS CREDIT ASSOCIATION
PO BOX 7416
BELLEVUE WA 98008-1416

NATIONAL SERVICE BUREAU INC
118912 NORTH CREEK PKWY 205
BOTHELL WA 98011

PUGET SOUND ENERGY
PO BOX 91269
BELLEVUE WA 98009-9269

PHYSICIANS AND DENTISTS CREDIT BUREAU
20435 72 AVE S SUITE 202
KENT WA 98032-2358

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL (D)=DUPLICATE ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | EXCLUDE | |
|---|---|---|
| (P)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | ~~(D)(P)PORTFOLIO RECOVERY ASSOCIATES LLC~~<br>~~PO BOX 41067~~<br>~~NORFOLK VA 23541-1067~~ | PROFESSIONAL ACCOUNT MANAGEMENT LLC<br>PO BOX 2182<br>MILWAUKEE WI 53201-2182 |

RAMON ORTIZ
2018 156TH AVE NE 300
BELLEVUE WA 98007-3825

RELIABLE CREDIT ASSOCIATION INC (WA)
PO BOX 4567
FEDERAL WAY WA 98063-4567

RUBEN SALAZAR
2925 N MOBILE AVE
CHICAGO IL 60634-5014

SELENE FINANCE LP
ATTN BK DEPT
3501 OLYMPUS BLVD SUITE 500
DALLAS TX 75019-6295

SETERIUS INC
CO CLEAR RECON CORP
9311 SE 36TH ST STE 100
MERCER ISLAND WA 98040-3700

SETERUS
PO BOX 1077
HARTFORD CT 06143-1077

US ASSET MANAGEMENT INC
PO BOX 981002
BOSTON MA 02298-1002

UNITED STATES TRUSTEE
700 STEWART ST STE 5103
SEATTLE WA 98101-4438

WILMINGTON SAVINGS FUND SOCIETY
SELENE FINANCE LP
ATTN BK DEPT
3501 OLYMPUS BLVD SUITE 500
DALLAS TX 75019-6295

CHRISTINA L HENRY
HENRY DEGRAAFF PS
113 CHERRY STREET
PMB 58364
SEATTLE WA 98104-2205

JACOB D DEGRAAFF
HENRY DEGRAAFF PS
113 CHERRY ST
STE PMB 58364
SEATTLE WA 98104-2205

JASON WILSONAGUILAR
600 UNIVERSITY ST 1300
SEATTLE WA 98101-4102

DEBTOR
YUDID HERNANDEZ
4029 SOUTH 277TH PL
AUBURN WA 98001-1330