Form ntcdsm

**UNITED STATES BANKRUPTCY COURT**
Western District of Washington
700 Stewart St, Room 6301
Seattle, WA 98101

Case No.: 18−13998−CMA
Chapter: 13

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Yudid Hernandez
aka Yudid Rivera, dba Yudid Hernandez
4029 South 277th Pl
Auburn, WA 98001

Social Security / Individual Taxpayer ID No.:
  xxx−xx−9141

Employer Tax ID / Other nos.:

**NOTICE OF DISMISSAL**

Notice is hereby given that an Order of Dismissal was entered in the above referenced case on **December 6, 2022 for Yudid Hernandez, Debtor.** Any unpaid fees in a dismissed case are due and owing to the Clerk of the Bankruptcy Court.

Dated: December 6, 2022

                                        Mark L. Hatcher
                                        Clerk, U.S. Bankruptcy Court