B 10S2 (Supplement 2) (12/11)

# UNITED STATES BANKRUPTCY COURT

Western District of Washington

In re  Yudid Hernandez ,   Case No. 18-13898-CMA
    Debtor
    Chapter 13

## Notice of Postpetition Mortgage Fees, Expenses, and Charges

If you hold a claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any postpetition fees, expenses, and charges that you assert are recoverable against the debtor or against the debtor's principal residence. File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

**Name of creditor:** Lakehaven Water & Sewer District    **Court claim no.** (if known): 3

**Last four digits** of any number you use to identify the debtor's account:  0  6  0  3

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☐ No
☐ Yes. Date of the last notice: _____
        mm/dd/yyyy

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. Attorney fees | June 3, 2020 | (3) | $ 200.00 |
| 4. Filing fees and court costs | | (4) | $ |
| 5. Bankruptcy/Proof of claim fees | | (5) | $ |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. Property inspection fees | | (7) | $ |
| 8. Tax advances (non-escrow) | | (8) | $ |
| 9. Insurance advances (non-escrow) | | (9) | $ |
| 10. Property preservation expenses. Specify:_____ | | (10) | $ |
| 11. Other. Specify:_____ | | (11) | $ |
| 12. Other. Specify:_____ | | (12) | $ |
| 13. Other. Specify:_____ | | (13) | $ |
| 14. Other. Specify:_____ | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box.

☐ I am the creditor.

☒ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

✗ /s/Michael M. Sperry
Signature

Date: 06/03/2020 (mm/dd/yyyy)

**Print:** Michael M. Sperry
First Name    Middle Name    Last Name

Title: Attorney for Creditor

Company: Schweet Linde & Coulson, PLLC

Address: 575 S. Michigan Street
Number    Street
Seattle WA 98108
City    State    ZIP Code

Contact phone: (206) 381-0133

Email: michaels@schweetlaw.com