Honorable Judge Christopher M. Alston

Schweet Linde & Coulson, PLLC
575 S. Michigan St.
Seattle, WA 98108
P: (206) 275-1010  F: (206) 381-0101

# IN THE U.S. BANKRUPTCY COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| In re Yudid Hernandez | Chapter 13 |
|---|---|
| | Case No. 18-13998-CMA |
| Debtor(s). | PROOF OF SERVICE |

The undersigned certifies under penalty of perjury under the laws of the State of Washington that the following is true and correct:

1. That on June 4, 2020, I caused to be mailed through United States Postal Service First Class Mail, a true and correct copy of the Notice of Payment Change; Addendum to Notice of Post-Petition Payments for Ongoing Sewer Charges and the Lake Haven Water and Sewer District Resolution 2019-1327 and Notice of Post Petition fees addressed to the following:

| Yudid Hernandez | 4029 South 277th Pl Auburn, WA 98001 | Debtor |
|---|---|---|
| Christina L. Henry | Henry & Degraaf, P.S. 787 Maynard Ave. S. Seattle, WA 98104 | Attorney for Debtor |
| Jason Wilson-Aguilar | 600 University St., #1300 Seattle, WA 98108 | Chapter 13 Trustee |

2. That on June 4, 2020, the above referenced documents were filed electronically through the CM/ECF system which caused the Registered Participants in this proceeding to be served by electronic means with each document as fully reflected on the Notice of Electronic Filing for each document.

Signed at Seattle, Washington this June 4, 2020.

**/s/ Danita Alefaio**
Danita Alefaio

PROOF OF SERVICE - 1

*SCHWEET LINDE & COULSON, PLLC*
575 S. MICHIGAN ST.
SEATTLE, WA 98108
P (206) 275-1010 F (206) 381-0101