Fill in this information to identify the case:

Debtor 1  Yudid Hernandez
          aka Yudid Rivera
          dba Yudid Hernandez

Debtor 2  _____
(Spouse, if filing)

United States Bankruptcy Court for the WESTERN District of WASHINGTON

Case number 18-13998-CMA

## Official Form 410S1

# Notice of Mortgage Payment Change 12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust

**Court claim no.** (if known): 4-2

**Last 4 digits** of any number you use to identify the debtor's account: 8036

**Date of payment change:** 7/1/2022
Must be at least 21 days after date of this notice

**New total payment:** $1,419.75
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No.
   ■ Yes.   Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:
   _____
   _____

   Current escrow payment: $493.55        New escrow payment: $483.10

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ■ No
   ☐ Yes.   Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:
   _____
   _____

   Current interest rate:                 New interest rate:

   Current principal and interest payment:    New principal and interest payment:

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ■ No
   ☐ Yes   Attach a copy of any document describing the basis for the change, such as a repayment plan or loan modification agreement.
   *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____

   Current mortgage payment                  New mortgage payment:

| Debtor 1 | Yudid | | Hernandez | Case number (if known) 18-13998-CMA |
|---|---|---|---|---|
| | Print Name | Middle Name | Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/ Giselle Velez          Date  June 3, 2022
 Signature

| Print | Giselle Velez | | | Title | Authorized Agent for Creditor |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

Company  Robertson, Anschutz, Schneid, Crane & Partners, PLLC

Address  10700 Abbott's Bridge Rd, Suite 170
         Number   Street

         Duluth GA 30097
         City                    State    ZIP Code

Contact Phone  470-321-7112                    Email  gvelez@raslg.com

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on JUNE 7 2022 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

YUDID HERNANDEZ
4029 SOUTH 277TH PL
AUBURN, WA 98001

And via electronic mail to:

JACOB D DEGRAAFF
HENRY & DEGRAAFF, P.S.
113 CHERRY ST,
STE PMB 58364
SEATTLE, WA 98104-2205

CHRISTINA L HENRY
HENRY & DEGRAAFF, P.S.
113 CHERRY ST, STE
PMB 58364
SEATTLE, WA 98104-2205

JASON WILSON-AGUILAR
600 UNIVERSITY ST #1300
SEATTLE, WA 98101

U.S. TRUSTEE
UNITED STATES TRUSTEE
700 STEWART ST STE 5103
SEATTLE, WA 98101

By: /s/ MICHAEL GOGAN



P.O. Box 8619  
Philadelphia, PA 19101-8619

P.O. Box 8619  
Philadelphia, PA 19101-8619  
Telephone (877) 768-3759  
Fax (866) 926-5498  
www.selenefinance.com

May 18, 2022

Hours of Operation (CT)  
Monday - Thursday: 8 a.m. - 9 p.m.  
Friday: 8 a.m. - 5 p.m.

YUDID H RIVERA  
4029 S 277TH PL  
AUBURN WA 98001-1330

Mortgagor(s): YUDID H RIVERA  
Property Address: 4029 S 277TH PL  
AUBURN WA 98001

Dear Mortgagor(s):

**Our records indicate the above referenced mortgagor(s) is/are either in bankruptcy or has/have received a discharge in bankruptcy. If the mortgagor(s) has/have received a discharge in bankruptcy, Selene fully acknowledges that the mortgagor(s) has/have no personal liability for the debt. THIS NOTICE IS FOR INFORMATIONAL PURPOSES ONLY**.

Selene Finance LP is a debt collector attempting to collect a debt and any information obtained will be used for that purpose. Please note that if you are in bankruptcy or received a bankruptcy discharge of this debt, this communication is not an attempt to collect the debt against you personally.

**For Servicemembers and their Dependents:** The Federal Servicemembers Civil Relief Act and certain state laws provide important protections for you, including, under most circumstances, a prohibition on foreclosure during and twelve months after the servicemember's active duty service. Selene will not foreclose on the property of a servicemember or his or her dependent during that time, except pursuant to a court order. You also may be entitled to other protections under these laws, including interest rate and fee relief. Please contact us to learn more about your rights.

# ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT

**selene**
P.O. Box 8619
Philadelphia, PA 19101-8619

Representation Of Printed Document

DATE: May 18, 2022

|  | Previous Payment | New Payment Effective 07/01/22 |
|---|---|---|
| PRINCIPAL AND INTEREST | $936.65 | $936.65 |
| ESCROW | $483.57 | $483.10 |
| SPREAD | $9.98 | $.00 |
| TOTAL PAYMENT | $1,430.20 | $1,419.75 |
| CURRENT ESCROW BALANCE | -$1,032.08 | |

YUDID H RIVERA
4029 S 277TH PL
AUBURN WA 98001-1330

**CUSTOMER SERVICE** 877-735-3637

## COMING YEAR ESCROW PROJECTION

The purpose of the Coming Year Escrow Projection is to determine the lowest balance "Low Point" to which your escrow account will decline over the upcoming year. The purpose of the Low Balance Summary is to compare the projected and allowable low point amounts. If the projected low point is greater than the allowable low point (*), there is a surplus. If the surplus is $50.00 or greater, it will be automatically refunded to you. If the surplus is less than $50.00, we have lowered your payment accordingly. If the projected low point is less than the allowable low point(*), there is a shortage and/or deficiency which will be recovered by an adjustment to your monthly payment over a specified number of months. The adjustment amount(s) appears in the Low Balance Summary and New Payment Information.

### ANTICIPATED ESCROW DISBURSEMENT

| | |
|---|---|
| HOMEOWNERS INS | 1,248.00 |
| COUNTY TAXES | 2,363.93 |
| COUNTY TAXES | 2,185.28 |
| TOTAL DISBURSEMENTS DIVIDED BY 12 MONTHS | 5,797.21 |
| MONTHLY ESCROW DEPOSIT | 483.10 |

### LOW BALANCE SUMMARY

| | |
|---|---|
| PROJECTED LOW POINT | 1,642.23 |
| ALLOWABLE LOW POINT | 966.20 |
| SHORTAGE | .00 |
| ESCROW ADJUSTMENT FOR 12 MONTHS | .00 |

The cushion allowed by federal law (RESPA) is two times your monthly escrow payment (excluding MIP/PMI), unless state law specifies a lower amount.

| MONTH | PAYMENTS TO ESCROW | DESCRIPTION | PAYMENTS FROM ESCROW | CUR BAL PROJECTION | REQ BAL PROJECTION |
|---|---|---|---|---|---|
| | | BEGINNING BALANCE | | 3,143.11 | 2,467.08 |
| 07/22 | 483.10 | | .00 | 3,626.21 | 2,950.18 |
| 08/22 | 483.10 | | .00 | 4,109.31 | 3,433.28 |
| 09/22 | 483.10 | | .00 | 4,592.41 | 3,916.38 |
| 10/22 | 483.10 | HOMEOWNERS INS | -1,248.00 | 3,827.51 | 3,151.48 |
| 10/22 | .00 | COUNTY TAXES | -2,185.28 | 1,642.23 | 966.20 * |
| 11/22 | 483.10 | | .00 | 2,125.33 | 1,449.30 |
| 12/22 | 483.10 | | .00 | 2,608.43 | 1,932.40 |
| 01/23 | 483.10 | | .00 | 3,091.53 | 2,415.50 |
| 02/23 | 483.10 | | .00 | 3,574.63 | 2,898.60 |
| 03/23 | 483.10 | | .00 | 4,057.73 | 3,381.70 |
| 04/23 | 483.10 | COUNTY TAXES | -2,363.93 | 2,176.90 | 1,500.87 |
| 05/23 | 483.10 | | .00 | 2,660.00 | 1,983.97 |
| 06/23 | 483.10 | | .00 | 3,143.10 | 2,467.07 |
| TOTAL | 5,797.20 | | -5,797.21 | | |

## IMPORTANT MESSAGES

---

INTERNET REPRINT

**selene**

**ESCROW SURPLUS**

YUDID H RIVERA

**LOAN NUMBER**

**SURPLUS AMOUNT**

# ESCROW ACCOUNT HISTORY

**Date:** May 18, 2022

- This statement itemizes your actual escrow account transactions since your previous analysis statement or initial disclosure. The projections from your previous escrow analysis are to the left of the actual payments, disbursements and escrow balance. By comparing the actual escrow payments to the previous projections listed, you can determine where a difference may have occurred.
- An asterisk (*) indicates a difference from the projected activity in either the amount or date.
- When applicable, the letter "E" beside an amount indicates that a payment or disbursement has not yet occurred but is estimated to occur as shown.
- Your projected low point may or may not have been reached based on one or more of the following factors:

**PAYMENT(S)**
- Monthly payment(s) received earlier OR later than expected
- Monthly payment(s) received were less than OR greater than expected
- Previous overage was returned to escrow
- Previous shortage not paid entirely

**TAXES**
- Tax rate and/or assessed value changed
- Exemption status lost or changed
- Supplemental/Delinquent tax paid
- Tax bill paid earlier OR later than expected
- Tax installment not paid
- Tax refund received
- New tax escrow requirement paid

**INSURANCE**
- Premium changed
- Coverage changed
- Additional premium paid
- Insurance bill paid earlier OR later than expected
- Premium was not paid
- Premium refund received
- New insurance escrow requirement paid
- Lender placed insurance premium paid

| MONTH | PAYMENTS TO ESCROW PROJECTED | PAYMENTS TO ESCROW ACTUAL | DISBURSEMENTS FROM ESCROW PROJECTED | DISBURSEMENTS FROM ESCROW ACTUAL | DESCRIPTION | ESCROW BALANCE PROJECTED | ESCROW BALANCE ACTUAL |
|---|---|---|---|---|---|---|---|
| | | | | | BEGINNING BALANCE | 2,650.42 | -4,539.13 |
| 07/21 | 483.57 | 458.18 | | | | 3,133.99 | -4,080.95 |
| 08/21 | 483.57 | 458.18 | | | | 3,617.56 | -3,622.77 |
| 09/21 | 483.57 | 1,832.72 | | 1,248.00* | HOMEOWNERS INS | 4,101.13 | -3,038.05 |
| 10/21 | 483.57 | 458.18 | 1,526.00 | 2,185.28* | COUNTY TAXES | 3,058.70 | -4,765.15< |
| 10/21 | | | | 2,091.56 | | 967.14< | -4,765.15 |
| 11/21 | 483.57 | 945.31 | | | | 1,450.71 | -3,819.84 |
| 12/21 | 483.57 | 987.10 | | | | 1,934.28 | -2,832.74 |
| 01/22 | 483.57 | 1,043.18 | | | | 2,417.85 | -1,789.56 |
| 02/22 | 483.57 | 1,040.47 | | | | 2,901.42 | -749.09 |
| 03/22 | 483.57 | 1,040.47 | | | | 3,384.99 | 291.38 |
| 04/22 | 483.57 | 1,040.47 | 2,185.29 | 2,363.93* | COUNTY TAXES | 1,683.27 | -1,032.08 |
| 05/22 | 483.57 | E | | E | | 2,166.84 | -1,032.08 |
| 06/22 | 483.57 | E | | E | | 2,650.41 | -1,032.08 |
| TOTALS | 5,802.84 | 9,304.26 | 5,802.85 | 5,797.21 | | | |

Under Federal Law (RESPA) the lowest monthly balance in your escrow account should not exceed $967.14 or 1/6th of the total anticipated annual disbursement from your escrow account, unless your mortgage documents or state law specifies a lower amount. When your escrow balance reaches its lowest point during the account cycle, that balance is targeted to be your cushion amount. Under the Mortgage Contract or State or Federal Law, the targeted low point in your escrow account is $967.14 and the actual low point balance was -$4,765.15; the amount is indicated with an arrow (<).

**Please note that:**

1. Selene, as servicer of your mortgage loan, is obligated to make all payments for taxes and insurance for which the escrow account is maintained and if any such payment is not timely, Selene will be responsible for making such payments including any penalties and interest and shall be liable for all damages to the mortgagor resulting from its failure to make timely payments;

2. In the event that a real property insurance premium notice is sent directly to you by the insurer, you have the obligation to promptly transmit such premium notice to Selene or our designated institution for payment. Failure to do so may jeopardize your insurance coverage and may excuse Selene from liability for failure to timely make such real property insurance payments.

3. You, as mortgagor, are obligated to pay one-twelfth of the annual taxes and insurance each month to Selene which will be deposited into a real property escrow account. However, when there is a deficiency or surplus in your escrow account, a greater or lesser amount may be required;

4. Selene will deposit the escrow payments into a banking institution whose deposits are insured by a federal agency; and

5. Selene cannot impose any fees related to the maintenance of the real property escrow account.

Selene Finance LP is a debt collector attempting to collect a debt and any information obtained will be used for that purpose.

Please note that if you are in bankruptcy or received a bankruptcy discharge of this debt, this communication is not an attempt to collectthe debt against you personally.

**For Servicemembers and their Dependents:** The Federal Servicemembers Civil Relief Act and certain state laws provide important protections for you, including, under most circumstances, a prohibition on foreclosure during and twelve months after the servicemember's active duty service. Selene will not foreclose on the property of a servicemember or his or her dependent during that time, except pursuant to a court order. You also may be entitled to other protections under these laws, including interest rate and fee relief. Please contact us to learn more about your rights.